# United States District Court

## *Southern District of Georgia*

TRACI DUFFIE

_____
Plaintiff

Case No.   1:26-cv-00030-JRH-BKE

v.   AUGUSTA ONCOLOGY, P.C., et al.

_____
Defendant

Appearing on behalf of

Defendants

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___1st___ day of ___May___ , ___2026___ .

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   Andrew Kim
_____

Business Address:   Freeman Mathis & Gary LLP
_____
Firm/Business Name

100 Galleria Parkway
_____
Street Address

| Suite 1600 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 678-996-9122 | | 488753 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:   akim@fmglaw.com