**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 20 2026

FILED

TRACI DUFFIE, *
*
Plaintiff, *
*
v. * CV 126-030
*
AUGUSTA ONCOLOGY ASSOCIATES, *
P.C., et al., *
*
Defendants. *

**O R D E R**

The Court **GRANTS** the parties' Joint Motion to Stay Proceedings Pending Mediation, (doc. 44), and **STAYS** all remaining case deadlines through and including January 19, 2027. The parties shall advise the Court as to the status of the case by no later than January 26, 2027, and if the case is not resolved, the parties shall submit a jointly proposed Revised Scheduling Order by that same date.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA